JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN CARLO ARGUELLO,<br><br>        Petitioner,<br><br>  v.<br><br>PEERLY, Warden,<br><br>        Respondent. | Case No. CV 16-01341 DOC (AFM)<br><br>**JUDGMENT** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ORDERED AND ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court.

DATED: March 7, 2016

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE